# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| TROY NICHOLAS MACDERMOTT, | Civil No. 25-5 (JRT/DLM) |
| Petitioner, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| JARED RARDIN, | |
| Respondent. | |

Troy Nicholas MacDermott, Reg. No. 20607-006, Cordova Center, 130 Cordova Street, Anchorage, AK 99501, *pro se* petitioner.

Ana H Voss, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE,** 300 South 4th Street, Suite 600, Minneapolis, MN 55415, for respondent.

The Court has received the Report and Recommendation of United States Magistrate Judge Douglas L. Micko. (ECF No. 9.) Petitioner has withdrawn his objection to that Report and Recommendation. Based upon all the files, records, and proceedings in the above-captioned matter, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation (ECF No. 9) is **ACCEPTED**;

2. Petitioner's request for preliminary injunctive relief (ECF No. 1 ¶ 26) is **DENIED**.

Dated: May 14, 2025
at Minneapolis, Minnesota

                                                           s/John R. Tunheim
                                                            JOHN R. TUNHEIM
                                          United States District Judge